# UNITED STATES DISTRICT COURT
for the District of Colorado

| | | |
|---|---|---|
| David Savage;<br>*Plaintiff* | ) | |
| v. | ) | Civil Action No. |
| Premier Members Federal Credit Union,<br>Equifax Information Services, LLC;<br>*Defendants* | ) | |

**SUMMONS IN A CIVIL ACTION**

To:

Premier Members Federal Credit Union
5495 Arapahoe Avenue
Boulder, CO 80303

Equifax Information Services, LLC
1550 Peachtree St. NW
Atlanta, GA 30309

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

MATTHEW R. OSBORNE
ATTORNEY FOR PLAINTIFF
10465 MELODY DRIVE, SUITE 325
NORTHGLENN, COLORADO 80234

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF THE COURT*

Date: ________________________

________________________________
*Signature of Clerk or Deputy Clerk*