# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.: 14-cv-02801-KMT

DAVID SAVAGE,

      Plaintiff(s),

  v.

PREMIER MEMBERS FEDERAL CREDIT UNION,
and
EQUIFAX INFORMATION SERVICES, LLC

      Defendant(s).

---

## ORDER OF DISMISSAL OF CLAIM #3

Upon the parties' stipulated motion, Plaintiff's Claim #3 - Defamation is hereby DISMISSED WITH PREJUDICE.

BY THE COURT:

August 5, 2015
Date

_____
Kathleen M. Tafoya
United States Magistrate Judge