**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-cv-02801-KMT

DAVID SAVAGE;

Plaintiff,

v.

PREMIER MEMBERS FEDERAL CREDIT UNION;
EQUIFAX INFORMATION SERVICES, LLC;

Defendants.

## STIPULATED MOTION TO DISMISS WITH PREJUDICE

### I. CERTIFICATION

Pursuant to D.C. Colo. L. Civ. R. 7.1(A), plaintiff's counsel and defendants Premier Members Federal Credit Union's and Equifax Information Services, LLC's counsel have met and conferred, each consenting to the relief requested herein.

### II. MOTION

Pursuant to Fed. R. Civ. P. 41(a)(2), plaintiff David Savage and defendants Premier Members Federal Credit Union and Equifax Information Services, LLC (collectively, the parties), by and through their undersigned counsel, hereby stipulate to the dismissal of the plaintiff's claims against Premier Members Federal Credit Union and Equifax Information Services, LLC, with prejudice. In support thereof, they state as follows:

1. The parties agree to the dismissal of the plaintiff's claims against Premier Members Federal Credit Union and Equifax Information Services, LLC with prejudice.

2. Each party is to pay its own attorneys' fees and costs.

3. The parties respectfully request that the Court enter an Order dismissing the plaintiff's claims against Premier Members Federal Credit Union and Equifax Information Services, LLC with prejudice. A proposed Order is being filed concurrently herewith.

Respectfully submitted this 2nd day of December, 2015.

| | |
|---|---|
| MATTHEW R. OSBORNE, P.C. | HENSLEY AND KENNEDY, P.C. |
| /s/Matthew R. Osborne<br>Matthew R. Osborne, #40835<br>10465 Melody Drive, Ste. 325<br>Northglenn, CO 80234<br>(303) 759-7018<br>matt@mrosbornelawpc.com<br>Counsel for Plaintiff | /s/John F. Hensley<br>John F. Hensley, #10525<br>1790 30th St.<br>Suite 435<br>Boulder, CO 80301<br>(303) 447-0157<br>jfh@hensleyandkennedy.com<br>Counsel for Defendant Premier Members Federal Credit Union |

SNELL AND WILMER, LLP

s/ Brian P. Gaffney
Brian P. Gaffney #39119
1200 17th St #1900
Denver, CO 80202
(303) 634-2000
bgaffney@swlaw.com
Counsel for Defendant Equifax Information Services, LLC

## CERTIFICATE OF SERVICE

   I hereby certify that on the 2nd day of December, 2015, I caused a true and correct copy of the foregoing Stipulated Motion to Dismiss with Prejudice, and corresponding proposed Order, to be served via CM/ECF, this on the following:

Matthew R. Osborne
10465 Melody Drive, Suite 325
Northglenn, CO 802344

Brian P. Gaffney
Snell & Wilmer L.L.P.
1200 Seventeenth Street
Tabor Center, Suite 1900
Denver, Colorado 80202

                                                                          /s/Jeff L. Foltz