**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-cv-02801-KMT

DAVID SAVAGE;

Plaintiff,

v.

PREMIER MEMBERS FEDERAL CREDIT UNION;
EQUIFAX INFORMATION SERVICES, LLC;

Defendants.

---

**ORDER ON STIPULATED MOTION TO DISMISS WITH**
**PREJUDICE**

---

      Having considered Stipulated Motion to Dismiss with Prejudice, the Court hereby GRANTS the Motion dismissing with prejudice plaintiff's claims herein against defendant Premier Members Federal Credit Union and defendant Equifax Information Services, LLC.

Dated: December 2, 2015

_____
Kathleen M. Tafoya
United States Magistrate Judge